UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRENCE CARTER,

    Petitioner,

v.

    Case No. 2:15-cv-151

    HONORABLE PAUL L. MALONEY

DUNCAN MACLAREN,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: January 7, 2019                      /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge